# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700229

_____

## UNITED STATES OF AMERICA
Appellee

v.

## TRISTIN B. HODGES
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Matthew J. Kent, USMC.
Convening Authority: Commanding General, 3d MAW, MCAS
Miramar, San Diego, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Wilbur Lee, USMC.
For Appellant: Commander R. Don Evans, Jr., JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 26 October 2017

_____

Before MARKS, PRICE, and RUSSELL, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court